**Dennis R. NASH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104604**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: August 22, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied
October 23, 2017

ATTORNEYS FOR APPELLANT: Srikant Chigurupati, 1010 Market Street, St. Louis, MO 63101.

ATTORNEYS FOR RESPONDENT: Joshua D. Hawley, Attorney General, Christine K. Lesicko, Asst. Attorney General, P. O. Box 899, Jefferson City, MO 65102-0899.

Before Robert G. Dowd, Jr., P.J. and Sherri B. Sullivan and Kurt S. Odenwald, JJ.

**ORDER**

PER CURIAM.

Dennis Nash appeals the judgment of the motion court dismissing his Rule 29.15 motion without an evidentiary hearing. The motions to file "exhibits" out of time, taken with this case, are denied. The findings of the motion court were not clearly erroneous, and we affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).